**Dismissed and Opinion Filed April 29, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-91-01909-CV

**DAVID J. KNUST, Appellant**
**V.**
**AMWEST SAVINGS ASSOCIATION, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 91-3873-K**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Molberg

We reinstate this appeal. This case was abated in January 1992 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system; however, nothing on that system indicated that a bankruptcy case was still pending.

We then notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss the appeal. *See id.* 42.3(b),(c).

911909f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAVID J. KNUST, Appellant

No. 05-91-01909-CV     V.

AMWEST SAVINGS
ASSOCIATION, Appellee

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 91-3873-K.
Opinion delivered by Justice
Molberg. Justices Goldstein and
Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee AMWEST SAVINGS ASSOCIATION recover its costs, if any, of this appeal from appellant DAVID J. KNUST.

Judgment entered this 29th day of April, 2021.